IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DATONIA YVETTE DOUGLAS, )<br>)<br>Plaintiff, )<br>) No. 3:11-cv-00772<br>v. )<br>) Judge Nixon<br>) Magistrate Judge Griffin<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | |

### ORDER

Pending before the Court is Plaintiff Datonia Yvette Douglas's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed with a Memorandum in Support (Doc. No. 16-1). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 17.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 18 at 24.) The Report was filed on September 25, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 24–25.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __17th__ day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT