IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DATONIA YVETTE DOUGLAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 3:11-cv-00772 |
| v. | ) | |
| | ) | Judge Nixon |
| **CAROLYN W. COLVIN,** | ) | Magistrate Judge Griffin |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff Datonia Yvette Douglas's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed with a Memorandum in Support (Doc. No. 16-1). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 17.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 18 at 24.) The Report was filed on September 25, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 24–25.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _17_th day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT